of bone fragments. The patient's medical expert, who had later treated her, testified that, in the facts of the case, a violent manipulation of the arm was impossible and could not cause the displacement. We are satisfied, accepting the testimony of Dr. Flanagan, plaintiff's witness, that the displacement occurred as a consequence of the initial trauma, as testified, and not the acts of defendant physicians. Further, it was insufficiently established that Doctors Dapolonia and Emery, in informing the patient that her arm was sprained rather than fractured, negligently misdiagnosed the nature of the injuries. In view of the fact that, on the evidence, there was no malpractice, it is unnecessary to consider the question of liability, based on the doctrine of *respondeat superior*, of defendant Palmer. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ J. I. HASS Co., INC., Respondent, v. D. M. W. CONTRACTING Co., INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CARROLL, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ In the Matter of EMPIRE STATE BUILDING CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [350 Fifth Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [1 Misc 2d 518.] [See *post*, p. 950.]

■ JEROME PLUCER, Respondent, v. GERARD FORD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ WESTINGHOUSE ELECTRIC CORPORATION, Respondent, v. JOSEPH H. LYONS et al., Individually and as Copartners Doing Business under the Name of LYONS ELECTRICAL DISTRIBUTING COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See *post*, p. 824.]

■ WESTINGHOUSE ELECTRIC CORPORATION, Respondent, v. JOSEPH H. LYONS et al., Individually and as Copartners Doing Business under the Name of LYONS ELECTRICAL DISTRIBUTING COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Appellant, v. CARISTO CONSTRUCTION CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CORELI, Otherwise Known as FIORE CORREALE, Otherwise Known as JIMMY HAMILTON, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ JEANIE G. FREE, Respondent, v. WALLACE G. GARLAND et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ ALEXANDER H. STONE et al., Respondents, v. ROBERTS NUMBERING MACHINE Co., INC., Appellant.— Defendant's motion seeks a dismissal of the entire complaint consisting of seven causes of action. The first cause seeks to recover an amount representing the balance due upon the agreed weekly